**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re *Ex Parte* Application of Petronas Azerbaijan (Shah Deniz) S.à r.l. and Petronas South Caucasus S.à r.l., pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,<br><br>                  Petitioners. | 1:26-mc-02718 (NCM) (CHK) |

**ORDER APPROVING APPLICATION OF PETRONAS AZERBAIJAN (SHAH DENIZ) S.À R.L. AND PETRONAS SOUTH CAUCASUS S.À R.L., PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings (the "**Application**"), filed by Petitioners Petronas Azerbaijan (Shah Deniz) S.à r.l. and Petronas South Caucasus S.à r.l. on June 29, 2026. This Court, having reviewed the Application, the Memorandum of Law in support thereof, the Declarations of Gonzalo S. Zeballos and J'Naia L. Boyd, together with the Declarations of Amy Benest, Pedro Soriano Mendiara, and Fabio Trevisan, and other exhibits attached thereto, and the proposed subpoena, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioners' Application.

It is therefore ORDERED that Petitioners are granted leave to serve the subpoena attached as Exhibit B to the Application on: Patrick Dempsey.

IT IS SO ORDERED.

Dated: July 14, 2026

/s/ Clay H. Kaminsky
          United States Magistrate Judge